**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEX GOMEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-3210** |
| | : | |
| **STONEMOR INC., ANDREW AXELROD, DAVID MILLER, JOSEPH M. REDLING, PATRICIA WELLENBACH, SPENCER E. GOLDENBERG, STEPHEN NEGROTTI, KEVIN PATRICK** | : | |

# ORDER

**AND NOW**, this 28th day of October 2022, upon considering the parties' Stipulation of Dismissal (ECF Doc. No. 8), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**